No. 161. HUNT *v.* HUNT. Submitted January 17, 1929. Decided January 21, 1929. *Per Curiam:* The writ of error is dismissed for want of a substantial federal question on the authority of *Shulthis* v. *McDougal,* 225 U. S. 561, 569; *Hull* v. *Burr,* 234 U. S. 712, 720; *Norton* v. *Whiteside,* 239 U. S. 144, 147. *Mr. Wayne C. Williams* for plaintiff in error. *Mr. Patrick H. Laughran* for defendant in error.

No. 208. MORGAN *v.* WISCONSIN TAX COMMISSION.

Argued January 17, 1929. Decided January 21, 1929. *Per Curiam:* The appeal and writ of error are dismissed on authority of § 237 (a) of the Judicial Code, as amended by the act of February 13, 1925 (43 Stat. 936, 937), for lack of jurisdiction, to await the decision of the Court on the papers as an application for certiorari as provided in § 237 (a) of the Judicial Code. *Mr. Perry J. Stearns,* with whom *Messrs. Wm. E. Black* and *Charles C. Russell* were on the brief, for appellant and plaintiff in error. *Messrs. John W. Reynolds* and *Franklin E. Bump* for appellee and defendant in error.